IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEVON L. REILLY,

                      Plaintiff,

    v.                                          ORDER

FRANK BISIGNANO,                       26-cv-109-amb
Commissioner of Social Security,[1]

                      Defendant.

Pursuant to a joint motion for remand filed by the parties on April 14, 2026, Dkt. 8, IT IS HEREBY ORDERED that the motion is GRANTED and this matter is REMANDED to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further proceedings as set forth in that motion.[2]  Specifically, on remand, the Appeals Council will remand the case to administrative law judge (ALJ).  The ALJ should consider the claimant's maximum residual functional capacity during the entire period at issue and provide rationale with specific references to evidence of record in support of assessed limitations.  In doing so, the ALJ should evaluate the medical source opinion(s) and/or prior administrative medical fundings under provisions 20 C.F.R. §§ 404.1520c, 416.920c.  The ALJ should offer the claimant the opportunity for a hearing, proceed through the sequential disability evaluation process as appropriate, obtain supplemental vocational expert testimony if warranted, and issue a new decision.

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025 and is substituted as the defendant in this suit under Federal Rule of Civil Procedure 25(d).

[2] The parties consented to jurisdiction by a U.S. magistrate judge, and the case was referred to the undersigned to conduct all proceedings and order the entry of judgment.  Dkt. 10.

Entered April 27, 2026.

BY THE COURT:

/s/

_____

ANITA MARIE BOOR
Magistrate Judge