IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEVON L. REILLY,

                             Plaintiff,

    v.

FRANK BISIGNANO
*Commissioner of Social Security,*

                           Defendant.

                                            ORDER

                                        26-cv-109-amb

On April 27, 2026, the court granted the parties' joint motion to remand this case. Dkt. 11. Now before the court is the parties' joint motion for an award of attorney fees and other expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412 (EAJA) in the amount of $1,605.03. Dkt. 12.

Hearing no objection, the court AWARDS plaintiff fees and expenses in the amount of $1,605.03 in full satisfaction of any and all claims that may be payable to plaintiff in this matter under the EAJA. These fees are awarded to plaintiff and not plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States. *Astrue v. Ratliff,* 560 U.S. 586 (2010). If defendant verifies that plaintiff owes no pre-existing debt subject to offset, defendant shall direct that the award be made payable to Tower Law Group, pursuant to the EAJA assignment duly signed by plaintiff. If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record:

    Tower Law Group
    800 Executive Drive
    Oviedo, Florida, 32765

Entered July 30, 2026.

BY THE COURT:

/s/

_____
ANITA MARIE BOOR
Magistrate Judge